UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIPPING-LAND CO., LTD.,

                                   08 Civ. 8993(GEL)

                      Plaintiff,           ECF CASE

          - against -

OCEAN K & S CORPORATION a/k/a
OCEAN K & S CORP.,
OCEAN K AND S CORPORATION,
OCEAN KNS CORP. or
OCEAN K&S CORP. SEOUL,

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09

**ORDER DISMISSING CASE, VACATING ATTACHMENT AND RELEASING FUNDS**

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, J.P. Morgan Chase, is directed to immediately release Defendant's funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amount of $20,000.00 to the Defendant (the originator of the payment).

Dated: March 24, 2009

SO ORDERED.

*[signature]*

Hon. Gerard E. Lynch
United States District Judge